UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

v.                                Case No: 6:23-cv-145-PGB-EJK

**R.T.G. FURNITURE CORP.,**

        **Defendant.**

_____/

### ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed April 19, 2023. (Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant R.T.G. Furniture Corp. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 19, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties